# EXHIBIT C

## PRELIMINARY INFRINGEMENT ANALYSIS
U.S. Patent No. 12,594,453 B2

This preliminary infringement analysis concerns U.S. Patent No. 12,594,453 B2, titled "Weight-Adjustable Dumbbell" (the "'453 Patent"), and the accused weight-adjustable dumbbell products sold under the EQUIPRO name through Amazon.com listings, including but not limited to products associated with ASINs B0DL3GCRZQ, B0DL3DT79P, B0DL3C7JB5, and B0DL3DT43L.

The accused products are adjustable dumbbell sets that include a handle, main counterweight blocks, removable auxiliary counterweight blocks, and rotating detachable connection structures that allow the user to add or remove weight components.

Based on Plaintiff's investigation, including review of the accused product, product images, Amazon.com listings, and physical product photographs, the accused products practice each limitation of at least claim 1 of the '453 Patent, literally or under the doctrine of equivalents.

This analysis is preliminary and may be supplemented or amended based on additional evidence, discovery, product inspection, and claim construction.

| Claim 1 | Accused Product Analysis |
|---|---|
| A weight-adjustable dumbbell, comprising: a handle; and counterweight block groups, wherein the counterweight block groups comprise main counterweight blocks and auxiliary counterweight blocks; the main counterweight blocks are connected to two ends of the handle; one side of each auxiliary counterweight block is provided with a first connecting part; the main counterweight blocks are provided with first connecting fitting parts; and the first connecting parts are detachably connected to the first connecting fitting parts; | The accused product is a weight-adjustable dumbbell. As shown in Figure 1, the accused product includes a handle, main counterweight blocks connected to the two ends of the handle, and removable auxiliary counterweight blocks. The auxiliary counterweight blocks may be attached to or removed from the main counterweight blocks to adjust the dumbbell's weight. As shown in Figure 2, the auxiliary counterweight block includes a connecting structure, and the main counterweight block includes a corresponding fitting structure.<br><br><br><br>Figure 1 |

2

| | |
|---|---|
| | <br>Figure 2 |
| wherein each of the main counterweight blocks and the auxiliary counterweight blocks comprises a counterweight block shell, a fixed cover plate, and a counterweight iron plate; the counterweight block shell and the fixed cover plate are fitted together to form a counterweight block cavity, the counterweight iron plate is enclosed in the counterweight block cavity; | As shown in Figure 3, the accused product includes counterweight block shells, fixed cover plates, and counterweight iron plates. The shell and cover plate fit together to form an internal counterweight block cavity, and the iron plate is enclosed within that cavity. |

3

| | |
|---|---|
| | <br>Figure 3 |
| wherein each first connecting part is a first buckle part; each first connecting fitting part is a first buckle fitting part; and the first buckle part is detachably connected to the first buckle fitting part; | As shown in Figures 2, 4, and 5, the accused product uses a detachable buckle-type connection between the auxiliary counterweight block and the main counterweight block. The connecting structure on the auxiliary counterweight block corresponds to a first buckle part, and the fitting structure on the main counterweight block corresponds to a first buckle fitting part. The two structures are detachably connected by rotation. |

4

| | | |
|---|---|---|
| |  Figure 4 |  Figure 5 |
| wherein the first buckle part is a first spinning buckle; the first buckle fitting part is a first spinning slot; the first spinning buckle is provided with a first stop convex block; the first spinning slot is provided with a first stop edge; the first stop edge is provided with a first notch; the first notch is communicated to the first spinning slot; when the first stop convex block rotates with the first spinning buckle to the first notch, the first stop convex block is able to be | As shown in Figures 4 and 5, the accused product includes a spinning buckle and corresponding spinning slot, including a stop convex block, stop edge, and notch. During attachment, the stop convex block is inserted through the notch into the spinning slot and then rotated so that the stop convex block is offset from the notch and retained by the stop edge. This secures the auxiliary counterweight block to the main counterweight block so that the blocks are combined as a whole. | |

5

| | |
|---|---|
| inserted into the first spinning slot via the first notch along with the first spinning buckle; and when the first stop convex block is inserted into the first spinning slot via the first notch along with the first spinning buckle, the first spinning buckle is rotated to enable the first stop convex block to rotate to be staggered from the first notch, causing the first stop edge to stop the first stop convex block of the first spinning buckle in the first spinning slot, so that the main counterweight block and the auxiliary counterweight block are combined to form a whole. | |